FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2012 APR 26 PM 1:44

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

MISTY GALLAHER BROWN,

    Plaintiff,

v.                                         CASE NO. 3:11-cv-356-J-20JBT

UNITED HEALTHCARE INSURANCE
COMPANY, a foreign profit corporation,

    Defendant.
_____/

## ORDER

This cause is before this Court on Defendant's Notice of Settlement and Request for Administrative Closure (Doc. 17, filed April 25, 2012). Pursuant to Rule 3.08(b) of the Local Rules of the Middle District of Florida, it is **ORDERED** and **ADJUDGED**:

    1. That the above case is hereby **DISMISSED without prejudice**, subject to the right of any party to move this Court, within sixty (60) days hereof, for the purpose of entering a Dismissal with prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

    2. The Clerk of the Court is directed to **CLOSE** this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 26th day of April, 2012.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Andrew Douglas Miller, Esq.
Daniel Alter, Esq.