

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**MISTY GALLAHER BROWN,**

    Plaintiff,

v.                                    **CASE NO. 3:11-cv-356-J-20JBT**

**UNITED HEALTHCARE INSURANCE COMPANY, a foreign profit corporation,**

    Defendant.

_____/

## ORDER

**THIS CAUSE** is before this Court on the parties' Joint Stipulation for Dismissal with Prejudice (Doc. 19, filed May 25, 2012).

It is **ORDERED**:

1. The parties' Joint Stipulation for Dismissal with Prejudice (Doc. 19, filed May 25, 2012) is **GRANTED**;

2. Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, this action is **DISMISSED with prejudice**; and

3. The Clerk of the Court is directed to **CLOSE** this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 31st day of May, 2012.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Andrew Douglas Miller, Esq.
Daniel Alter, Esq.